## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 04-80088-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

BRAYNDON BOSTON,
        Defendant.

-------------------------------------------/

## ORDER ADOPTING REPORT AND
## RECOMMENDATIONS AND SETTING HEARING

THIS CAUSE comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 62].  Upon consideration, it is

ORDERED and ADJUDGED that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, February 16, 2012,** at **9:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 27th day of January, 2012.

copy furnished:
AUSA John C. McMillan, Jr.
AFPD Lori E. Barrist
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge